UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

BRADLEY F. BAX, as Administrator of the )
Tricorp Enterprises, Ltd. Group Health Plan, )
and )
TRICORP ENTERPRISES, LTD., )
                                          Plaintiffs, )
vs. ) No. 4:06CV539-SNL
WESTPORT BENEFITS, L.L.C. and )
HOWARD DANZIG, )
                                          Defendants. )

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is hereby dismissed pursuant to stipulation.

**IT IS FURTHER ORDERED** that all pending motions relating to this case are moot as a result of this dismissal.

Dated this ___19th___ day of May, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com